**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------X
DELTA HILL (DETA),                              :
                                                :
                  Plaintiff,                    :
                                                :
v.                                              :    Civil Action No. 22-1397
                                                :
STEPHEN KNOTT, WILLIAM ASHE, and ILA            :
                                                :
                  Defendants.                   :
                                                :
-----------------------------------------------------------------X
```

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Nicholas M. Graziano to represent Defendants "ILA"[1] and Stephen Knott in this matter.

Signed: /s/      Lance Geren
Lance Geren 5431
91 Christiana Road
New Castle, DE 19720
Tel: (215) 629-4970
Fax: (215) 629-4996
*Counsel for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: October ____, 2022                    _____
                                            UNITED STATES DISTRICT JUDGE

---

[1] The caption incorrectly refers to Defendant as "ILA" when its proper name is the "International Longshoremen's Association."

1003-594
129190

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the following Bars and Courts: the State of New York; U.S. Court of Appeals, District of Columbia Circuit; and U.S. District Court for the Southern District of New York. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be paid to the Clerk's Office upon the filing of this motion.

Dated: October 26, 2022

By: /s/ Nicholas M. Graziano
Nicholas M. Graziano (Bar No. 5582242)
Mazzola Mardon, P.C.
New York, NY 10004
Phone: (212) 425-3240
Fax: (212) 509-8952
Email: ngraziano@mmmpc.com

1003-594
129190