P.O Box 3156

Wilmington D.E, 19804

November 01, 2022

The Federal Court of Delaware

844 N King Street

Wilmington D.E, 19801



FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2022 NOV -1 PM 3:01

To Whom it May Concern at the Federal Court in care of the Honorable Judge that will be assigned to this case. Case # N22M-09-037

Delta Hill (Deta) vs William Ashe/ Stephen Knott/ ILA

We the members of former 1694-1 who were merged into 1694, 1883 and 1884 would like to object to this removal of the case to the Federal Court.

I am hereby asking the Honorable Judge to remand this case back to the Superior Court of Delaware as this case needs urgent attention. The reason given by the defendant in this case is baseless and without merit. On October 28, 2022 at 1:30pm, the hearing that was held where none of the defendants and their councils showed up neither by virtual or in person which could be seen as undermining the authority of the court. The judge told me that the superior court do handle some federal cases, he also said that this type of move is very rare and happen mostly in divorce cases. The respectable Federal Court may be overwhelmed and it may take a long time to hear this urgent matter. I also served the defendant twice, a cease and desist notice but they have kept on doing the illegal act. Under the NLRB act, subsection 158 the employer cannot acknowledge any new local/ union once one is already established. JUSTICE DELAYED IS JUSTICE DENIED.

Sign: Delta Hill (Deta)

EFiled: Sep 22 2022 03:58PM EDT
Transaction ID 68147572
Case No. N22M-09-037



**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY: N  K  S         CIVIL ACTION NUMBER: N22M-09-037

| Caption: | Civil Case Code: MCRO |
|---|---|
| Delta Hill (Deta) vs Stephen Knott William Ashe ILA | Civil Case Type: Petition requesting Order (SEE REVERSE SIDE FOR CODE AND TYPE) |
| | MANDATORY NON-BINDING ARBITRATION (MNA) ____ |
| | Name and Status of Party filing document: |
| | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | JURY DEMAND:  YES ____   NO ____ |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
|---|---|
| ATTORNEY ID(S): | |
| FIRM NAME: Delta Hill (Deta) | EXPLAIN THE RELATIONSHIP(S): |
| ADDRESS: P.O. box 3156 Wilmington DE 19804 | |
| TELEPHONE NUMBER: 302-605-5893 | |
| FAX NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 01/2019

EFiled: Sep 22 2022 03:58PM EDT
Transaction ID 68147572
Case No. N22M-09-037

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

PRAECIPE

Delta Hill (Deta)  )
                   )
                   )
                   )
vs.                )   Civil Action No.
                   )
  - Stephen Knott  )
  - William Ashe   )
    I LA           )
                   )

FILED 2022 SEP 12 P 1:38
NCC PROTHONOTARY A

Please issue Summons

1) William Ashe
   200 South Claymont Street
   P.O Box 207
   Wilmington DE 19899

Delta Hill (Deta)
Plaintiff

Address P.O. BOX 3156
Wilmington DE, 19804
Phone 302-602-5893

TO:   Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

PRAECIPE

Delta Hill (Deta)

vs.

- Stephen Knott
- William Ashe
  ILA

)
)
)
)
)
)
)  Civil Action No.
)
)
)
)
)
)

Please issue **Summons**

Stephen Knott
5000 West Side Avenue
Suite 300
North Bergen NJ 07047

__Delta Hill (Deta)__
Plaintiff

Address __P.O. Box 3156__

__Wilmington DE 19804__

Phone __302-602-5893__

TO: Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Delta Hill (Deta)

vs.

Stephen Knott

William Ashe

ILA

)
)
)
)
)
)
)
)
)
)
)
)
)
)

PRAECIPE

Civil Action No.

Please issue __Summons__

ILA
5000 West side Avenue
Suite 300
North Bergen NJ 07047

Delta Hill Deta
**Plaintiff**

Address P.O Box 3156

Wilmington DE 19804

Phone 302-602-5839

TO:   Prothonotary

EFiled: Sep 16 2022 10:49AM EDT
Transaction ID 68093099
Case No. N22M-09-037

Delta Hill (Deta)

VS

- Stephen Knott
- William Ashe
  ILA

From 2021 we were merged into 1694, 1883 and 1884 as former 1694-1 at the Port of Wilmington. On March 11, 2021, we were merged. Upon the merger, a document was sent to each member stating the cause of the merger and the unfairness of the union that we were facing in our Local. There was no meeting, as the constitution states, that there should be a meeting for the merger or dissolving of a local so the members can get a fair chance to appeal as long as they have ten (10) members in good standing to object to it. If so, the merger cannot take place. We did not get that opportunity, so we humbly accepted the fact that we were merged into these three (3) local. One and a half year later, we recieve a letter in the mail, after being merged for so long and voted in the 1694 election twice and was given a contract on May 27, 2022 to take effect on October 01, 2022. This

contract has taken away three (3) years out of our contract. However, the contract they gave us was post dated to October 01, 2022. We, the members of former 1694-1 appealed that decision on April 27, 2022 but we did not recieve an answer from Mr. Stephen Knott even though the registered mail said it was recieved. On or about September 05, 2022 we recieved a letter in the mail stating that the merger will be dissolved by dissolution of merger of local 1694-1 into local 1694, local 1883 and local 1884.

We the members are objecting the dissolution and based on the constitution, if you have ten members in good standing, the dissolution cannot take effect. The ILA stated that we are ineffective and harmful to the ILA members and we the members are not aware of this action and this can be seen in bad faith and can be seen as a defamation of character of the members of 1694-1.

*[Signature]* 09-12-22

EFiled: Sep 16 2022 10:49AM EDT
Transaction ID 68093099
Case No. N22M-09-037

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Delta Hill (Deta)

**Plaintiff,**

v.

Stephen Knott
— William Ashe
ILA

**Defendant.**

) C.A. No.
)
)
)
)
)
) SUMMONS
)
)
)
)

THE STATE OF DELAWARE,

TO Plantiff Causel

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Delta Hill (Deta), plaintiff's attorney, whose address is P.O. Box 3156, Wilmington DE 19804, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_____
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_____
Prothonotary

_____
Per Deputy

Rev:02/20