**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELTA HILL (DETA), <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN KNOTT, WILLIAM ASHE, and ILA, <br><br> Defendants. | Civil Action No. 22-1397 |

**CERTIFICATE OF SERVICE**
**TO MOTION AND ORDER PRO HAC VICE OF JOHN P. SHERIDAN**

I, Lance Geren, certify that on October 26, 2022, the Motion and Order for Admission Pro Hac Vice of John P. Sheridan (Docket No. 3) was filed electronically with the Clerk of the Court and on November 2, 2022, was served by first-class mail upon Plaintiff "Delta Hill (Deta)" and Delaware District Court.

/s/ Lance Geren
Lance Geren
Lance Geren 5431
91 Christiana Road
New Castle, DE 19720
Tel: (215) 629-4970
Fax: (215) 629-4996
*Counsel for Defendants*