OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

October 16, 2023

**Delta Hill (Deta)**
P.O. Box 3156
Wilmington, DE 19804

      RE:    **Delta Hill (Deta) v. ILA – DEFICIENCY NOTICE**
              C. A. No: 22-cv-01397-RGA

Dear Ms. Hill:

      Papers have been received by the Clerk's Office on 10/13/2023 for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local Rules 5.2.(b) and/or 5.3.

      Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, you **must sign each document** and return them to the Clerk's Office.

      Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

      KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

                                      Sincerely,

                                      Randall C. Lohan
                                      CLERK OF COURT

/twk

Encl:    Copy of D.I. 20 Amended Complaint
cc:       The Honorable Richard G. Andrews